# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-five.

Before:     Robert D. Sack,
                Joseph F. Bianco,
                Sarah A. L. Merriam,
                     *Circuit Judges.*

Matthew Sanchez, Tianna S. Sanchez,

       Plaintiffs - Appellants,

v.

County of Dutchess, Benjamin Dorty, Glen Brown, Candace Lynch,

       Defendants - Appellees,

Dutchess County Department of Community and Family Services, Dutchess County Department of Probation, Webutuck School District, Millerton Police Department, Joseph Egitto, Casey McCabe,

       Defendants.

**ORDER**

Docket No. 24-3272

Appellants move for a recall of the mandate and for reconsideration of the Court's order dated April 2, 2025.

IT IS HEREBY ORDERED that the motion is DENIED.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

